IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**NICOLE MOSCINSKI**,

            Plaintiff,          Case No: 18-cv-283

v.

**CORRECT CARE SOLUTIONS, LLC**,

            Defendant.

## STIPULATION FOR DISMISSAL

It is hereby stipulated between the Plaintiff, Nicole Moscinski, by and through her attorneys, Hawks Quindel, S.C., and Defendant, Correct Care Solutions, LLC, by and through its attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned lawsuit shall be dismissed in its entirety with prejudice, each party to bear its own costs and attorneys' fees.

Dated: September 6, 2018.

*Attorneys for the Plaintiff*

By:   */s/David C. Zoeller*
**HAWKS QUINDEL, S.C.**
David C. Zoeller, State Bar No. 1052017
Email: dzoeller@hq-law.com
Caitlin M. Madden, State Bar No. 1089238
Email: cmadden@hq-law.com
409 East Main Street
Post Office Box 2155
Madison, Wisconsin 53701-2155
Telephone: (608) 257-0040
Facsimile: (608) 256-0236


*Attorneys for the Defendant*

By:   *s/ Keith E. Kopplin*
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Keith E. Kopplin, WI State Bar No. 1044861
Email: keith.kopplin@ogletree.com
Jesse R. Dill, WI State Bar No. 1061704
Email: jesse.dill@ogletree.com
Pabst Boiler House
1243 North 10th Street, Suite 200
Milwaukee, WI 53205
Telephone: (414) 239-6400
Facsimile: (414) 755-8289